JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST; TRUSTEES OF THE OPERATING ENGINEERS LOCAL 12 DEFINED CONTRIBUTION TRUST; TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST; TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST; ENGINEERS CONTRACT COMPLIANCE COMMITTEE FUND; CONTRACT ADMINISTRATION FUND; FUND FOR CONSTRUCTION INDUSTRY ADVANCEMENT; AND SOUTHERN CALIFORNIA PARTNERSHIP FOR JOBS FUND, <br><br>                      Plaintiffs, <br><br>      v. <br><br> CALIFORNIA TRENCHLESS, INC., a California corporation, <br><br>                      Defendant. | CASE NO.:  2:23-cv-10890 CAS(AJRx) <br><br> ASSIGNED TO THE HONORABLE CHRISTINA A. SNYDER <br><br> **ORDER DISMISSING ACTION WITH PREJUDICE** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

    **IT IS HEREBY ORDERED** that pursuant to the Stipulation for Dismissal with Prejudice entered by and between Defendant, California Trenchless, Inc., a

California corporation, and Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, Trustees of the Operating Engineers Training Trust, Trustees of the Operating Engineers Local 12 Defined Contribution Trust, Fund for Construction Industry Advancement, Engineers Contract Compliance Committee Fund, Contract Administration Fund, and Southern California Partnership for Jobs Fund, the above-entitled case is hereby dismissed, with prejudice.

Dated: January 14, 2025

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATE DISTRICT JUDGE